| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Craven, Caroline M. | 2. Court or Organization<br><br>USDC/EDTX | 3. Date of Report<br><br>11/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>500 N. State Line Ave., Room 401<br>P. O. Box 2090<br>Texarkana, TX 75504 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Uncompensated corporate director | Red River Lumber Company, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Total Petroleum |
| 2. | 2012 | Red River Lumber Company & Design Center |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sonja Hubbard | Transportation, food and lodging to Newport, Rhode Island | $1,700.00 |
| 2. | | NOTE: This gift was received from a friend who is neither a practicing attorney nor | |
| 3. | | an individual who would have any occasion to appear befoe the respondent. | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Texana Bank | Land and buildings, Red River Lumber Co. Inc. | P1 |
| 2. | Royce James | Stock purchase, Red River Lumber Co., Inc. | L |
| 3. | Ty Patterson | Stock purchase, Red River Lumber Co., Inc. | K |
| 4. | Chad Patterson | Stock purchase, Red River Lumber Co., Inc. | K |
| 5. | Gunstock, Inc. | Land and buildings | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo checking account #1 | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Ameriprise (IRA) #2: | A | Dividend | N | T | | | | | |
| 4. -Ameriprise Insured Money Market | | | | | Closed | 03/30/12 | J | | Cash account closed |
| 5. -Pimco Funds Pac Inv MGM Commdty | | | | | Sold | 03/30/12 | J | | Sold at a loss |
| 6. -A T & T | | | | | Sold | 03/30/12 | J | A | |
| 7. -Chevron Corp | | | | | Sold | 03/30/12 | J | A | |
| 8. -Cummins Inc | | | | | Sold | 03/30/12 | J | A | |
| 9. -Deere & Company | | | | | Sold | 03/30/12 | J | | Sold at a loss |
| 10. -Duff & Phelps Global Util & Inc Fund | | | | | Sold | 03/30/12 | J | | Sold at a loss |
| 11. -Entergy Corp New | | | | | Sold | 03/30/12 | J | | Sold at a loss |
| 12. -Exxon Mobil Corp | | | | | Sold | 03/30/12 | J | C | |
| 13. -Goodrich Corp | | | | | Sold | 03/30/12 | J | B | |
| 14. -Google Inc Cl A | | | | | Sold | 03/30/12 | J | A | |
| 15. --Guggenheim Defined Unit 804 Large Cap | | | | | Sold | 03/30/12 | K | C | |
| 16. -Illinois Tool Works | | | | | Sold | 03/30/12 | J | A | |
| 17. -Intel Corp | | | | | Sold | 03/30/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IBM | | | | | Sold | 03/30/12 | J | C | |
| 19. -Ishares Trust Russell 2000 Index Fd | | | | | Sold | 03/30/12 | J | A | |
| 20. -JP Morgan Chase | | | | | Sold | 03/30/12 | J | A | |
| 21. -LMI Aerospace Inc | | | | | Sold | 03/30/12 | J | A | |
| 22. -Pepsico Inc | | | | | Sold | 03/30/12 | J | B | |
| 23. -Qualcomm Inc | | | | | Sold | 03/30/12 | L | A | |
| 24. --SPDR S & P ETF Trust Unit Ser 1 | | | | | Sold | 03/30/12 | J | B | |
| 25. -Stone Harbor Emrg Mkts Income Fd | | | | | Sold | 03/30/12 | K | B | |
| 26. -Stryker Corp | | | | | Sold | 03/30/12 | J | A | |
| 27. -Union Bank NA S&P 500 Index | | | | | Sold | 03/30/12 | K | | Sold at a loss |
| 28. -Wells Fargo Bank NA Bskt Comm Act | | | | | Closed | 03/30/12 | K | | Cash account closed |
| 29. -Riversource Annuity | | | | | Buy | 04/24/12 | N | | Proceeds of sale of all |
| 30. | | | | | | | | | securities to purchase |
| 31. | | | | | | | | | fixed income annuity |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. Linder Capital Advisors #3: | | | | | Closed | 04/25/12 | | | Account closed 4/25/12 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Craven, Caroline M. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FDIC Insured Deposit Account | A | Interest | | | Sold | 04/25/12 | J | | Cash account closed |
| 36. -DFA Global Equity PTF | A | Dividend | | | Sold | 4/25/12 | L | B | |
| 37. | | | | | | | | | |
| 38. American Funds (SIMPLE/IRA) #4: | A | Dividend | L | T | | | | | |
| 39. -Growth Fund of America-A | | | | | | | | | |
| 40. -Investment Co. of America Class A, American Funds | | | | | | | | | |
| 41. -Capital World Growth & Inc Fund A Class A, American Funds | | | | | | | | | |
| 42. -Washington Mutual Investors Fund A | | | | | | | | | |
| 43. -American Balanced Fund A | | | | | Open | 01/01/12 | K | | Omitted fr prior yr report |
| 44. | | | | | | | | | |
| 45. Linder Capital Advisors (Roth IRA) #5: | A | Dividend | K | T | | | | | |
| 46. -FDIC Insured Deposit Account | | | | | | | | | |
| 47. -DFA Global Equity PTF | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. Amerprise Financial #6: | | | | | Closed | 04/01/12 | | | Account closed 4/1/12 |
| 50. -Cash | | None | | | Closed | 04/01/12 | J | | Cash account closed |
| 51. -Duff & Phelps Global Util & Inc Fund | A | Dividend | | | Sold | 03/30/12 | J | | Sold for loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Red River Lumber Co., stock | A | Dividend | O | U | | | | | |
| 54. | | | | | | | | | |
| 55. MCCM, LLC | G | Rent | N | U | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Craven, Caroline M. | 11/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Caroline M. Craven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544